BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**AMY E. POTTER**
amy.potter@usdoj.gov
Assistant United States Attorney
405 E. 8th Street, Suite 2400
Eugene, Oregon  97401-2708
Telephone:     (541) 465-6771
Attorneys for the United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 6:18-cv-02057-MA |
| Plaintiff, | |
| v. | **NOTICE OF COMPLAINT FOR FORFEITURE AGAINST REAL PROPERTY** |
| **935 SW 7th Street, Newport, OR, Lincoln County, State and District of Oregon, Real Property with Buildings, Appurtenances, and Improvements,** *in rem*, | |
| Defendant. | |

A civil complaint seeking forfeiture pursuant to 21 U.S.C. § 881, was filed on November 28, 2018, in the United States District Court for the District of Oregon by Assistant United States Attorney Amy E. Potter, on behalf of the United States of America, plaintiff, against the defendant real property.

The complaint alleges that said property may, for the causes stated in the complaint, be forfeited to the United States.

All persons claiming an interest in or right against the defendant real property may contest the forfeiture by filing a claim in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure. The claim must be filed not later than the time stated in a direct notice sent under Rule G(4)(b), or <u>30 days</u> after the final publication of notice if no direct notice was sent to claimant or claimant's attorney. In addition, any person having filed such a claim shall also serve and file an answer to the complaint under Rule G (5)(b) within <u>21 days</u> after the filing of the claim. The claim must be filed with the Clerk of the United States District Court for the District of Oregon, 1000 SW 3rd Avenue, Room 740, Portland, OR 97204. The claim and answer must be served upon Amy E. Potter, Assistant United States Attorney, 1000 SW 3rd Ave., Suite 600, Portland, OR 97204.

In accordance with 18 U.S.C. § 985, this Notice shall be posted on the defendant property and this Notice shall be served on the property owner(s), along with a copy of the Complaint for Forfeiture.

DATED: **November 30, 2018.**

                                      BILLY J. WILLIAMS
                                      United States Attorney

                                      <u>s/ Amy E. Potter</u>
                                      **AMY E. POTTER**
                                      Assistant United States Attorney