UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　Plaintiff(s),<br><br>v.<br><br>935 SW 7th ST., NEWPORT, OREGON ... in rem<br>　　　　　　Defendant(s). | Case No.:　6:18-CV-02057-MA<br><br>APPLICATION FOR SPECIAL<br>ADMISSION – *PRO HAC VICE* |

### Application for *Pro Hac Vice* Admission and CM/ECF Registration

Attorney __Rain Levy Minns__ requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing the following party(s):

__Talon V. White__

In support of this application, I certify that: 1) I am an active member in good standing with the __Texas__ State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

(1) **PERSONAL DATA:**

Name: __MINNS__　　　　__RAIN__　　　　__LEVY__　　　　_____
　　　　*(Last Name)*　　　*(First Name)*　　　*(MI)*　　　*(Suffix)*

Agency/firm affiliation: __RAIN MINNS LAW FIRM__

Mailing address: __4412 SPICEWOOD SPRINGS RD., SUITE 500__

City: __AUSTIN__　　　　State: __TX__　　　　Zip: __78759-8583__

Phone number: __(512) 372-3222__　　　Fax number: __(512) 861-2403__

Business e-mail address: __rain@rainminnslaw.com__

(2) **BAR ADMISSION INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar number(s):
TEXAS STATE BAR, 5/3/2002, 24034581

(b) Other federal court admission(s) and date(s) of admission:
US Tax Court, US Supreme Court, USDC for Texas (all), USDC for Colorado, and First, Fourth, Fifth, Seventh, and Ninth Circuit Courts of Appeals

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

[✓] I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association.

[ ] I am now or have been subject to disciplinary action by a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Pursuant to LR 83-3, I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **CM/ECF REGISTRATION:**

I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I will receive electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: 2/18/19

_____
(Signature)

## REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, complete the following section and obtain the signature of local counsel.

Name: __BOENDER__  __BRYAN__  _____  _____
         (Last Name)   (First Name)   (MI)   (Suffix)

OSB number: 122823

Agency/firm affiliation: BOENDER AND KERNS

Mailing address: 1188 OLIVE ST

City: EUGENE                               State: OREGON   Zip: 97401

Phone number: (541) 687-2378              Fax number: (541) 343-0969

Business e-mail address: bryan@oregonattys.com

## CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number 6:18-CV-02057-MA.

DATED: 2/18/19

_____
(Signature of Local Counsel)

## COURT ACTION

Application for *pro hac vice* admission by _____Rain Levy Minns_____ in case number: ___6:18-CV-02057-MA___ is hereby:

- ☐ Approved subject to payment of fees.
- ☐ Denied.

DATED: _____.

_____
Judge