

**UNITED STATES DISTRICT COURT**
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | May 3, 2019 |
| Case Number: | 6:18−cv−02057−BR |
| Case Title: | United States of America v. 935 SW 7th Street, Newport, OR, Lincoln County, State and District of Oregon |

**(A)   Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Malcolm F. Marsh to the Honorable Anna J. Brown, United States District Judge. Information on this case may be obtained from the following:

>   Courtroom Deputy:   Jacob Yerke
>   Telephone:  503−326−8053
>   Email:  jacob_yerke@ord.uscourts.gov

>   Docket Information:

**(B)   Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office,

**(C)   Change to the Case Number:** Effective immediately, Judge Brown's initials (BR) will replace the previous judge's initials in this case.

>   **MARY L. MORAN**
>   **Clerk of Court**

cc:   Judge Brown
      Counsel of Record